COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

EDWARD FRANK DUTCHOVER,          )
                                 )
            Appellant,           )        No. 08-87-00178-CR
                                 )
v.                               ) Appeal from 243rd District Court
                                 )
THE STATE OF TEXAS,              )        of El Paso County, Texas.
                                 )
            Appellee.            )

T R A N S C R I P T


January 5, 1988.  On the Court's own motion the following cases were set for submission without oral argument for Friday, February 12, 1988, in El Paso, Texas:

No. 08-87-00178-CR - Edward Frank Dutchover v. The State of Texas,
        from El Paso,

            (other cases).

February 12, 1988.  The following cases were submitted on the record, the briefs of the party(ies) without oral argument of the parties in El Paso, Texas:

No. 08-87-00178-CR - Edward Frank Dutchover v. The State of Texas, from El Paso,

            (other cases).

February 24, 1988.  See Judgment attached.


        I, BARBARA B. DORRIS, Clerk of the Court of Appeals for the Eighth District of Texas, do hereby certify that the foregoing is a true copy of the orders and judgment rendered and entered of record in the foregoing entitled and numbered cause.
        IN WITNESS WHEREOF, I hereunto set my hand and affix the Seal of said Court at El Paso, Texas, this 25th day of April A.D., 1988.

                        BARBARA B. DORRIS, CLERK

                        By _____, Deputy

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

EDWARD FRANK DUTCHOVER,　　　)

　　　　　Appellant,　　　)　　　　No. 08-87-00178-CR

v.　　　　　　　　　　　)　　　Appeal from 243rd District Court of

THE STATE OF TEXAS,　　　)　　　El Paso County, Texas. (TC# 47590)

　　　　　Appellee.　　　)

## J U D G M E N T

This cause came on to be heard on the transcript of the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the judgment, it is ordered, adjudged and decreed by the Court that the judgment be in all things affirmed, and that the Appellant pay all costs in this behalf expended, and that this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF FEBRUARY, 1988.

　　　　　　　　/s/ Charles R. Schulte
　　　　　　　　Justice, Court of Appeals for the
　　　　　　　　Eighth District of Texas.

Before Panel No. 2
Osborn, C.J., Schulte and Fuller, JJ.